UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00548-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     OSCAR GIOVANNI CRUZ-ALCANTARA,

       Defendant.

_____

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING
_____

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#12)** on November 29, 2010, by Defendant.  The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.     A Change of Plea hearing is set for **January 20, 2011,** at **2:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.     The final trial preparation conference set for December 17, 2010, and the December 20, 2010, trial date are **VACATED**.

_____

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

Dated this 3rd day of December, 2010.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge